✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Mark A. Tully; Thane T. Truax and Vicki K. Truax; Kenneth Britt and Lavera "Sand" Britt; Jerry G. Lindholm and Janelle C. Lindholm; Robi J. Nash; Jorge L. Cervera and Julia Cervera; Brad A. Cartier; Donald Houck and Nathan Houck; Jared Rothenberger; Scott Dobesh; Jeffrey F. Cox; Chip A. Rice and Linda S. Rice; and Richard Procter,

      Plaintiffs,

V.

Bank of America, N.A.; BAC Home Loans Servicing, LP; Wells Fargo Bank, N.A. as Trustee for BAFC Mortgage; U.S. Bank National Association, as Trustee; Countrywide Document Custody Services, a Division of Treasury Bank, NA; Countrywide Home Loans, Inc.; The Bank of New York Mellon f/k/a The Bank of New York as Trustee for The Benefit of Alternative Loan Trust and Certificateholders CWALT, Inc. Alternative Loan Trust; MERSCORP, Inc.; Mortgage Electronic Registration Systems, Inc.; and Richard W. Stanek, in his official capacity as Sheriff of Hennepin County,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  10-4734 (DWF/JSM)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 IT IS ORDERED AND ADJUDGED THAT:
 1. Plaintiffs' Motion to Remand to State Court (Doc. No. [17]) is **DENIED**.
 2. Bank Defendants' Amended Motion to Dismiss (Doc. No. [7]) is **GRANTED**.

3. Sheriff Stanek's Motion to Dismiss (Doc. No. [10]) is **GRANTED**.

4. Plaintiffs' Amended Complaint (Doc. No. [6]), as it is asserted against Sheriff Stanek, is **DISMISSED WITH PREJUDICE**.

5. Plaintiffs' Amended Complaint (Doc. No. [6]), as it is asserted against the Bank Defendants, is **DISMISSED WITHOUT PREJUDICE**.

| May 17, 2011 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/ M. Price |
| | (By)   M. Price   Deputy Clerk |